IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY BOOTH,          )
                        )
      Plaintiff,       )
                        )
vs.                  )     No. 04-574-MJR
                        )
VANTAGE HOMES LLC,    )
and BUILDERS BLOC        )
CONTRACTING COMPANY,  )
                        )
      Defendants.   )

**ORDER**

Before the Court is plaintiff's Motion for Substitution of Counsel.[1] **(Doc. 18).** Plaintiff requests that attorney Gregory Becker and the law firm Becker & Galanti, P.C. be allowed to enter as plaintiff's attorneys of record, while simultaneously allowing attorney John Hopkins and the law firm of John J. Hopkins and Associates to withdraw as plaintiff's counsel of record.  Both Becker and Hopkins have signed the subject motion.

Individual attorneys, not law firms, are admitted to practice law in federal court; consequently, the law firm of John J. Hopkins and Associates has never been considered counsel of record for plaintiff, and the law firm of Becker & Galanti, P.C., cannot be recognized as representing plaintiff.  However, the Court will certainly permit attorney

---

[1]Ruling on this motion was delayed because the proposed order was mistakenly e-mailed to U.S. District Judge Michael J. Reagan, rather than U.S. Magistrate Judge Clifford J. Proud.  *See* **Local Rule 72.1(a)(1).**

John Hopkins to withdraw as counsel of record and allow attorney Gregory Becker to enter his appearance on behalf of plaintiff.

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Substitution of Counsel **(Doc. 18)** is **GRANTED IN PART AND DENIED IN PART**.  The Clerk of Court shall have the record reflect that attorney John Hopkins is no longer counsel of record for plaintiff, and attorney Gregory Becker has entered his appearance as counsel of record for plaintiff.

**IT IS SO ORDERED.**

**DATED: May 11, 2005**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

2