IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY BOOTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-574-MJR |
| | ) | |
| VANTAGE HOMES LLC, | ) | |
| and BUILDERS BLOC | ) | |
| CONTRACTING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is plaintiff's Motion for Substitution of Counsel.  **(Doc. 23).**  For

good cause shown, the subject motion **(Doc. 23)** is **GRANTED**.  The Clerk of Court

shall have the record reflect that Matthew R. Chapman is counsel of record for plaintiff,

and Christopher M. Donohoo has withdraw as counsel of record for plaintiff.

**IT IS SO ORDERED**:

Dated:  May 12, 2005                    s/ Clifford J. Proud
                                        **CLIFFORD J. PROUD**
                                        **U.S. MAGISTRATE JUDGE**